# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Sandra Hill,**<br>*Plaintiff* | § <br> § <br> § | |
| **v.** | § <br> § | **No. 1:26-cv-00806-ADA-SH** |
| **State Farm Lloyds***,*<br>*Defendant* | § <br> § <br> § | |

## ORDER

Before the Court is the Agreed Motion to Abate Case Pending Appraisal, filed June 3, 2026 (Dkt. 11). The parties request abatement pending completion of the appraisal process, after which they would file an agreed Scheduling Order within 60 days. *Id.* at 2.

A district court's decision to grant or deny a motion for abatement pending appraisal is discretionary. *Gonzalez v. Allstate Fire & Cas. Ins. Co.*, No. SA-18-CV-00283-OLG, 2019 WL 609781, at *2 (W.D. Tex. Jan. 7, 2019). The key question for courts exercising this discretion is whether abatement will aid judicial efficiency and economy. *Id.*

The Court finds that judicial efficiency and economy favor abatement. Accordingly, the Court **GRANTS IN PART and DENIES IN PART** the Joint Motion to Abate the Case Pending Completion of Appraisal (Dkt. 11) and **ORDERS** this case **STAYED** until completion of the appraisal process. The Court further **ORDERS** the parties to notify the court whether the stay should be lifted or the dispute has been resolved **within 14 days** after an appraisal award is issued.

**SIGNED** on July 2, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1